UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

VANESSA CARPIO, *individually and on behalf of others similarly situated*,

                              *Plaintiff*,

-against-

ADVANCED CUSTOM INTERIORS INC. and ANTHONY GONZALEZ,

                              *Defendants*.

Civil Action No. **1:23-cv-04829-BMC**

**OFFER OF JUDGMENT TO PLAINTIFF PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

**TO: Stillman Legal PC**

By: Raymond Ragues, Esq.
    Ragues PLLC
    42 Crown St
    Kingston, NY 12401
    Tel.: (845) 481 - 0086
    ray@ragueslaw.com

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants ADVANCED CUSTOM INTERIORS INC. and ANTHONY GONZALEZ (collectively "Defendants") hereby offers to allow judgment to be taken against them by VANESSA CARPIO ("Plaintiff") in the above-captioned action in the total sum of Ten Thousand Dollars and No Cents ($10,000.00), inclusive of reasonable attorneys' fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

      This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or

1

omissions of Defendants or any owner, employee, or agent, either past or present, of the Defendants or in connection with the facts and circumstances that are the subject of this action.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants or any owner, employee, representative, or agent of any of the Defendants; nor is it an admission that Plaintiff has suffered any damages.

In order for Plaintiff to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn.

The sum total of Ten Thousand Dollars and No Cents ($10,000.00) shall be paid as follows: Five Thousand Dollars and No Cents ($5,000.00) to be paid on or before September 1st 2023 and ($5000) to be paid on or before December 1st, 2023 after judgment against Defendants is made.

If Defendants fail to make the payment outlined above, Plaintiff will notify Defendants' counsel of the default via email at ray@ragueslaw.com. Defendants will then have seven (7) days from the transmission of the notice to cure the default. If Defendants fail to cure the default, Plaintiff will be entitled to enforce the judgment amount against Defendants, less any payments made.

Date:  August 1, 2023
       Kingston, New York

                                                Respectfully submitted,

                                         By:    _____
                                                Raymond Ragues, Esq.
                                                Ragues PLLC
                                                Attorney for Defendants
                                                42 Crown St
                                                Kingston, NY 12401
                                                Tel.: (845) 481 - 0086
                                                ray@ragueslaw.com

2

**TO:**
Lina Stillman
42 Broadway, 12th Floor
New York, New York 10004
P: 212-203-2417
LS@stillmanlegalpc.com