UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
VANESSA CARPIO, *individually and on behalf of others similarly situated,*

                Plaintiff,                JUDGMENT

v.

                                        **23-cv-04829-BMC**

ADVANCED CUSTOM INTERIORS INC. and
ANTHONY GONZALEZ,
                Defendants.
----------------------------------------------------------------X

On August 7, 2023, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED and ADJUDGED as follows:

That the Plaintiff, VANESSA CARPIO, has a judgment against ADVANCED CUSTOM INTERIORS INC. and ANTHONY GONZALEZ, jointly and severally, in the amount of Ten Thousand Dollars and No Cents ($10,000.00), which is inclusive of attorneys' fees and costs.

Dated: Brooklyn, New York                                    Brenna B. Mahoney
       August 9, 2023                                         Clerk of Court

                                                             By:    */s/Jalitza Poveda*
                                                                       Deputy Clerk